# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **CHRISTOPHER WESLEY** | **CIVIL ACTION NO. 3:19-cv-00006** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **DARREL VANNOY** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner Christopher Wesley's Petition for Writ of Habeas Corpus, [Doc. No. 1], is **DENIED and DISMISSED WITH PREJUDICE** as time-barred under 28 U.S.C. § 2244(d).

MONROE, LOUISIANA, this 27th day of February, 2019.

                                                          _____
                                                              **TERRY A. DOUGHTY**
                                                       **UNITED STATES DISTRICT JUDGE**